IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| FEILBERTO ROBERT FLORES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:08-cv-0611-TMH |
| | ) |
| JEFFERY KELLER, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on September 8, 2008 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #4) entered on August 25, 2008 is adopted;

(3)  The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Flores is DENIED and this case is DISMISSED with prejudice.

DONE this the 12th day of September, 2008.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE